UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

CARLA J. THEIS,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

3:13-cv-00695-LRH-WGC

O R D E R

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#20[1]) entered on April 7, 2015, recommending denying plaintiff's Motion for Reversal and/or Remand (#13) filed on July 3, 2014, and granting defendant's Cross-motion to Affirm (#16) filed on September 3, 2014. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#20) entered on April 7, 2015, should be adopted and accepted.

///

---

[1] Refers to court's docket number.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#20) entered on April 7, 2015, is ADOPTED and ACCEPTED, and plaintiff's Motion for Reversal and/or Remand (#13) is DENIED.

IT IS FURTHER ORDERED that defendant's Cross-motion to Affirm (#16) is GRANTED.

IT IS SO ORDERED.

DATED this 15th day of May, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE